AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

ROSEVETTE PORTELL PÉREZ et al.
*Plaintiff*
v.
UNITED STATES DEPARTMENT OF ENERGY et al.
*Defendant*

Case No. 3:26-cv-01695-SCC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 11/12/2026

*Attorney's signature*

Lourdes M. Rosado, NY # 5431853
*Printed name and bar number*

LATINOJUSTICE PRLDEF
475 Riverside Dr Ste 1901
New York, NY 10115-0018
*Address*

lrosado@latinojustice.org
*E-mail address*

(212) 739-7583
*Telephone number*

—
*FAX number*