**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ROSEVETTE PORTELL PÉREZ, et als.**<br><br>*Plaintiffs,*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF ENERGY, et als.**<br><br>*Defendants.* | Civil No. 26-cv-01695-SCC |

**NOTICE OF VOLUNTARY DISMISSAL**
**BY PLAINTIFF MARÍA MARTÍNEZ MARTÍNEZ**

1. Plaintiff, María Martínez Martínez, by and through the undersigned counsel, and pursuant to Rule 41 (a) (1), *Fed. R. Civ. P.*, voluntarily dismisses all her claims against all Defendants from the above captioned action, without prejudice.
2. Defendants have not served either an answer or a motion for summary judgment.

**CERTIFICATE OF SERVICE**

We herby certify that a true and correct copy of the foregoing was mailed to: U.S. Department of Energy and Christopher Wright, Secretary of the United States Department of Energy, at U.S. Department of Energy 1000 Independence Avenue SW, Washington, DC 20585; U.S. United States of America c/o Todd Blanche, United States Attorney General, United States Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530.

Dated: November 16, 2026.

Respectfully submitted,

s/ *Ariadna Godreau Aubert*
Ariadna Godreau Aubert USDCPR-304901
Verónica González USDCPR-227405
AYUDA LEGAL PUERTO RICO
465 Avenida Hostos
San Juan, PR 00918
Phone: 787-957-3105
ariadna@ayudalegalpuertorico.org
veronica@ayudalegalpuertorico.org

______________________________
Amy E. Powell NY # 4339743*
Kunyu Ching CA # 292616*
*Appearing in pro hac vice*
LAWYERS FOR GOOD GOVERNMENT
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004
Phone: 404-913-5529
Fax: 866-336-6532
amy@lawyersforgoodgovernment.org
kunyu@lawyersforgoodgovernment.org

______________________________
Lourdes M. Rosado NY # 5431853*
Namratha Somayajula NY # 6259972*
*Appearing in pro hac vice*
LATINOJUSTICE PRLDEF
475 Riverside Dr Ste 1901
New York, NY 10115-0018
Phone: 212-739-7583
lrosado@latinojustice.org
nsomayajula@latinojustice.org

*Counsel for Plaintiffs Rosevette Portell Pérez, Ileana Rios, Sara Dalis Mercado Guzman, Lilibeth Vera Morales, Marilyn Santos Kim, and María Martínez Martínez*